U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

**JUL 0 2 2008**

ROBERT H. SHEMWELL CLERK
BY _____ DEP.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

A. J. DAVIES

VERSUS

WARDEN LOUISIANA STATE
PENITENTIARY

CIVIL ACTION NO. 05-cv-1100

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **denied** and his complaint is **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___2nd___ day of ___July___, 2008.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE